IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RACHEL HELLER,<br><br>       Plaintiff,<br><br>v.<br><br><br>ABC NEWS, INC.; GLASS ENTERTAINMENT GROUP LLC; and HULU, LLC,<br><br>       Defendants. | Case No. 1:23-CV-04595-ELR |

**NOTICE OF CHANGE OF FIRM AND CONTACT INFORMATION**

COMES NOW, Amanda G. Hyland, formerly of the law firm Taylor English Duma LLP and now of the law firm Buchalter APC, and files this Notice of Change of Firm and Contact Information. Please direct all future correspondence, pleadings and other notices to:

Amanda G. Hyland
**Buchalter APC**
3350 Riverwood Parkway SE, Ste. 1900
Atlanta, GA 30339
Telephone: (404) 832-7530
ahyland@buchalter.com

This 4th day of September, 2024.

/s/ *Amanda G. Hyland*
Amanda G. Hyland
Georgia Bar No. 325115
**BUCHALTER APC**

1

3350 Riverwood Parkway SE, Ste. 1900
Atlanta, GA 30339
Telephone: (404) 832-7530
ahyland@buchalter.com

*Attorney for Defendants ABC News, Inc. and Hulu, LLC*