# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| RACHEL HELLER, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   1:23-CV-04595-ELR |
| | * |
| GLASS ENTERTAINMENT GROUP, LLC, | * |
| | * |
| Defendant. | * |
| | * |

**ORDER**

On February 13, 2025, the Parties filed their Joint Preliminary Report and Discovery Plan ("JPRDP"). [Doc. 54]. In the JPRDP, the Parties request that the Court delay the commencement of the discovery period until the Parties participate in mediation, which is expected to occur within 90 days. [Id. at 13]. The Court approves the Parties' request; however, in its discretion, the Court declines to maintain this case on its active docket while the Parties participate in mediation. Instead, the Court **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case pending the outcome of the Parties' mediation.[1] The Court **ORDERS** the Parties to (1) participate

---

[1] The Court notes that administrative closure will not prejudice the rights of any Party to this litigation. A Party need only file a motion to reopen the case if they so choose.

in mediation within 90 days of the date of this order[2] and (2) update the Court, via a joint filing on the docket, of the outcome of their mediation no later than three days after the date such mediation occurs. The Court **ORDERS** the Clerk to submit this matter to the undersigned in 94 days if the Parties have not yet filed a notice about the outcome of their mediation.

    **SO ORDERED**, this 19th day of February, 2025.

_Eleanor L. Ross_
Eleanor L. Ross
United States District Judge
Northern District of Georgia

---

[2] If the Parties have not selected a private mediator, they may file a request for the Court to refer this case to mediation before a Magistrate Judge. See LR 16.7(B)(1), NDGa.